UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

NATALIE HELEN MENTING,

        Plaintiff,

        v.                          Case No. 16-C-0840

CAROLYN W. COLVIN
Acting Commissioner of Social Security,

        Defendant.

---

ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff, Natalie Helen Menting, represented by counsel, has lodged a complaint against the Commissioner of the Social Security Administration. Plaintiff seeks review of the Commissioner's final decision denying her disability insurance benefits and supplemental security income. Before the court is her petition for leave to proceed without prepayment of the filing fee.

A district court may authorize a plaintiff to proceed without prepaying the $400 filing fee to commence the lawsuit if the person submits an affidavit setting forth the assets the person possesses, indicating that the person is unable to pay the fees, and stating the person's belief that s/he is entitled to redress. 28 U.S.C. § 1915(a).

Plaintiff has filed such an affidavit. She states that she is married and receives $925 per month in public assistance and her husband receives $788 in retirement income. Plaintiff financially supports four minor children, and owns no car, residence, or any other assets. Moreover, plaintiff indicates that she has monthly expenses of $1,700, and turns to family members when she needs additional help. Based on plaintiff's affidavit, the court is satisfied that she meets the requirements for proceeding without prepayment of the fee.

Now, therefore,

IT IS ORDERED that plaintiff's motion for leave to proceed in forma pauperis is granted. (Doc. 2.)

Dated at Milwaukee, Wisconsin, this 8th day of July, 2016.

BY THE COURT

/s/ C. N. Clevert, Jr.
C.N. Clevert, Jr.
U.S. District Judge